IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| KENNETH FISHER, | ) |
| *Plaintiff* | ) Case No. 3:20-cv-03260-SEM-TSH |
| v. | ) Judge Sue E. Myerscough |
| THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | ) Magistrate Judge Tom Schanzle-Haskins |
| *Defendant* | ) |

## STIPULATION OF DISMISSAL

All matters in controversy in the above captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement, plaintiff, KENNETH FISHER ("Plaintiff"), and defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY ("Hartford"), hereby stipulate and agree to the dismissal of Plaintiff's Second Amended Complaint and the above captioned lawsuit, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

By: *Kenneth Fisher*
Plaintiff,
Kenneth Fisher

State of Illinois
County of Christian
Signed and attested before me on
1st of December 2020 by Kenneth Fisher

_____
Notary Public

By: /s/ Jacqueline J. Herring
Attorney for Defendant,
Hartford Life And Accident Insurance Company

Jacqueline J. Herring
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle Street Suite 3130
Chicago, Illinois 60601
P: 312-541-0300
jackie.herring@svs-law.com

DENNIS R. ATTEBERRY
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires Jan 02, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2020, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system. I further certify that a paper copy of the electronically filed document was served on the individual addressed below via U.S. Mail, postage pre-paid at 180 North LaSalle Street, Chicago, Illinois:

Kenneth Fisher, *pro se*
1209 North Lincoln
Taylorville, IL 62568

*/s/ Jacqueline J. Herring*
SMITH | VON SCHLEICHER + ASSOCIATES
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
P  312. 541.0300 | F  312.541.0933
jackie.herring@svs-law.com
Ill. Bar No. 6282246